IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARDEN VAN UPP,<br><br>    Debtor.<br>    _____ /<br><br>SAMUEL H. SLOAN,<br><br>    Appellant,<br><br>v.<br><br>DAVID A. BRADLOW,<br><br>    Appellee.<br>    _____ / | No. C 10-00204 SI<br>No. C 10-00396 SI<br>No. C 10-00577 SI<br>No. C 10-00578 SI<br><br>**JUDGMENT** |

These actions are dismissed for lack of standing. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

                                                  SUSAN ILLSTON<br>                                                  United States District Judge